JANE B. TRIPPE, Respondent, v. JOHN T. TRIPPE, Appellant.—

Concur — Stevens, P. J., Eager, Nunez, McNally and Tilzer, JJ.